
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellee,<br><br>v.<br><br>MARGARITO VALERO-TORRES,<br><br>      Defendant - Appellant. | No. 12-10556<br><br>D.C. No. 4:11-cr-02364-DCB<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Marvin E. Aspen, District Judge, Presiding[**]

Submitted June 12, 2014[***]

Before:     McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

Margarito Valero-Torres appeals from the district court's judgment and

challenges his guilty-plea conviction and 33-month sentence for reentry after

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The Honorable Marvin E. Aspen, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

[***]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

deportation, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Valero-Torres's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Valero-Torres the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**

12-10556